AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   MJ20-247
)
One Cellular Phone, belonging to Scott Anderson, phone )
number (206) 794-9125, located in Seattle, Washington )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location)*:

One Cellular Phone, belonging to Scott Anderson, phone number (206) 794-9125, located in Seattle, Washington

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A.

**YOU ARE COMMANDED** to execute this warrant on or before   **05/28/2020**   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in West. Dist. of Washington   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   05/14/2020 at 1:30pm       _____
                                                    Judge's signature

City and state:   Seattle, Washington               Mary Alice Theiler, United States Magistrate Judge
                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 316F-MP-3259418 | Date and time warrant executed: 5/19/2020 9:38 am | Copy of warrant and inventory left with: Scott Anderson |

Inventory made in the presence of: Heidi Hawkins, Abel Peterson, Scott Anderson

Inventory of the property taken and name of any person(s) seized:

One Cell phone. A Galaxy S8+, model number SM-G9-55u
Phone number = 206-794-9125
Serial number = R28J733KWMN

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/19/2020

Heidi Hawkins
*Executing officer's signature*

Heidi Hawkins, special agent
*Printed name and title*

# ATTACHMENT A

1. All records on the cell phone belonging to Scott Anderson, with the telephone number (206) 794-9125, that relate to violations of: 1) mail fraud, in violation of Title 18, United States Code, Sections 1341 and 2; and 2) wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 for the period from November 1, 2018 to the present, including:

   a. all e-mails, text messages, chats (including communications in any messaging or other apps), or other records relating to Viking Construction, Inc., Magnum Contracting, or Krystal National Fashion Corporation;

   b. all e-mails, text messages, chats, or other communications (including communications in any messaging or other apps) with, or records relating to, any of Anthony or Anthonio Gaglio, Krista Medina, Doreese Coles, or FNU Om;

   c. all records relating to the purchase of fabrics or the oil business

   d. all records relating to any transfer of money from BNC National Bank, or to the subsequent disposition of that money;

   e. all records relating to any bank account at Citibank, Wells Fargo Bank, Umpqua Bank, KeyBank, or Woodforest Bank

   f. all records relating to any investigation by law enforcement, including the FBI, or by any bank;

   g. all Identification documents, including forged identification documents, of any person other than Scott Anderson;

   h. all call history and call logs;

   i. all contracts/address books;

   j. all internet or browsing history;

   k. any calendar information or other information of Anderson's schedule or travel;

   l. all historical location/GPS information;

Attachment A to Search Warrant
2020R00448- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      m. all photographs, video recordings, or audio recordings relating to the items described in a) through f) above;

      n. all bank records, checks, credit card bills, account information, and other financial records;

      o. all records of transactions involving cryptocurrency, including Bitcoin;

2. Evidence of user attribution showing who used or owned the telephone at the time the crimes described in this warrant were committed;

3. Records evidencing the use of the Internet Protocol addresses to communicate with Google and other mail servers including:

      a. records of Internet Protocol addresses used;

      b. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored.

This warrant authorizes a search of the person of Scott Anderson if necessary to, and for the limited purpose of seizing the cellular telephone described in this warrant.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

Attachment A to Search Warrant
2020R00448- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970